# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

JACOB BRAMAN,

      Plaintiff,

v.

D B INDUSTRIES, LLC
d/b/a CAPITAL SAFETY USA,

      Defendant.

Case No. 2:16-CV-13897-VAR-MKM
Hon. Victoria A. Roberts
Maj. Mona K. Majzoub

_____

## PLAINTIFF'S WITNESS LIST

NOW COMES Plaintiff, JACOB BRAMAN, and for his Witness List, states the following:

1. Jacob Braman, c/o Hilborn & Hilborn, P.C., 999 Haynes St., Ste. 205, Birmingham, MI 48009, (248) 642-8350.

2. Sandra Braman, c/o Hilborn & Hilborn, P.C., 999 Haynes St., Ste. 205, Birmingham, MI 48009, (248) 642-8350.

3. Cody Lewis, 2110 W. 40th Street, Loraine, OH 44053.

4. Representatives of General Dynamics, 225 Ellery Court, Nashville, TN 37214, including, but not limited to:

    a. Rachel Fitzgerald;
    b. Josh Johnson;
    c. Trent Burns;
    d. Jarrod Lindsey;
    e. Mike Robinson;
    f. Nick Maenza;
    g. Austin Presley;
    h. David Reynolds;

      i. Brandon Breeding;
      j. Rob Seidel;
      k. Nick Larkin;
      l. Brooks Keel; and,
      m. Stephen Dawson.

5. Tom Wolner, Capital Safety, c/o Foley, Baron, Metzger & Juip, PLLC, 38777 Six Mile Rd., Ste. 300, Livonia, MI 48152.

6. Lindsay Arthur, c/o Foley, Baron, Metzger & Juip, PLLC, 38777 Six Mile Rd., Ste. 300, Livonia, MI 48152.

7. Representatives of Apeiron, Inc., 2040 Bedford Road, Bedford, TX 76021, (800) 220-8120.

8. Mike Walters, Senior Safety Officer, Michigan Occupational Safety and Health Administration (MIOSHA), 7150 Harris Drive, PO Box 30645, Lansing, MI 48909, (517) 322-1856.

9. Representatives of Defendant knowledgeable regarding "production" of the Lad Saf, the recall, Lad-Saf X2 and prior incidents.

10. Representatives of 3M knowledgeable regarding "production" of the Lad Saf, the recall, Lad-Saf X2 and prior incidents.

11. Representatives of Baker College, 34950 Little Make Ave., Clinton Twp., MI 48035 (586) 791-6610.

12. Representatives of Defense Language Institute, 1759 Lewis Rd., Building 614, Room 111, Monterey, CA 93944, (831) 242-6438.

13. Representatives of Macomb Community College, 14500 E. 12 Mile Rd., Warren, MI 48088, (586) 445-7999.

14. Representatives of Oakland Community College, 2480 Opdyke Road, Bloomfield, Hills, MI 48304, (248) 341-2000.

15. Representatives of Western Michigan University, 1903 W. Michigan Ave., Kalamazoo, MI 49008, (269) 387-1000.

16. Representatives of Romeo High School, 11091 W. 32 Mile Rd., Romeo, MI 48065, (586) 752-0300.

17. Representatives of AIG, Global Recovery Services, PO Box 293214, Nashville, TN 37229-3214, (770) 870-2266.

18. Representatives of Southwestern Michigan Community Ambulance Service (SMCAS), 2100 W. Chicago Road, Niles, MI 49120, (269) 684-2170.

19. Representatives of Memorial Hospital and Health Systems, 815 North Michigan Street, South Bend, IN 46601, (574) 647-1000.

20. Representatives of Detroit Receiving Hospital, 4201 St. Antoine Blvd., Detroit, MI 48201, (313) 745-3000.

21. Representatives of Dearborn Orthopedics and Sports Medicine, 23550 Park Street, Ste. 100, Dearborn, MI 48124, (313) 730-0500; including, but not limited to
    a. Dr. Robert Meehan.

22. Representatives of Rehabilitation Institute of Michigan, 261 Mack Blvd., Detroit, MI 48201, (313) 745-4600; including, but not limited to:
    a. Dr. Kertia Black;
    b. Dr. Robin Hanks; and,
    c. Dr. Pano Papalekas.

23. Dr. Albert Belfie, DO, 39200 Garfield R., Ste. C., Clinton Twp., MI 48038.

24. Robert Ancell, Ph.D. 23077 Green field, Ste. 185, Advanced Building, Southfield, MI 48075, Vocational Rehabilitation expert.

25. John Burke, Ph.D. Burke, Rosen & Associates, 2800 Euclid Avenue, Ste. 300, Cleveland, OH 44115, Economist expert.

26. Michael Huerta, Ph.D., Southwest Engineering Associates, 3616 Derick Rd., El Paso, TX 79925, engineering expert.

27. Kathy Pouch MSN, Pouch Consulting, LLC, 2997 W. Centerline Rd., St. Johns, MI 48879, life care planning expert.

28. Jocko Vermillion, Sorensen, Wilder & Associates, 727 Larry Power Rd., Bourbonnais, IL 60914, safety compliance and tower climbing expert.

Respectfully submitted,

HILBORN & HILBORN, P.C.

/s/Kevin C. Riddle
CRAIG E. HILBORN (P43661)
KEVIN C. RIDDLE (P57435)
Attorneys for Plaintiff
999 Haynes, Suite 205
Birmingham, Michigan 48009
(248) 642-8350

BARRY CONYBEARE (P52056)
MATTHEW CONKLIN (P71194)
CONYBEARE LAW OFFICE, P.C.
Attorneys for Plaintiff
519 Main St.
Saint Joseph, MI 49085
(269) 983-0561

Dated: March 31, 2017

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

JACOB BRAMAN,

      Plaintiff,

Case No. 2:16-CV-13897-VAR-MKM
Hon. Victoria A. Roberts
Maj. Mona K. Majzoub

v.

D B INDUSTRIES, LLC
d/b/a CAPITAL SAFETY USA,

      Defendant.

_____

## **CERTIFICATE OF SERVICE**

Kevin Riddle, being duly sworn, deposes and states that he is employed by Hilborn & Hilborn, P.C., and that on the 31st day of March, 2017, he gave permission to Jessie Abraham to file Plaintiff's Witness List, via electronic filing to all counsel of record.

/s/Kevin C. Riddle